# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 8, 2024

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: Russell Dean Alford
v. United States
No. 23-7158
(Your No. 23-3023)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 4, 2024 and placed on the docket April 8, 2024 as No. 23-7158.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst